784

MAX BURNSTINE, Plaintiff-Appellant, v. CHARLES HAGAMAN, Defendant-Appellee.

(No. 12223; )

Fourth District—August 13, 1973.

Opinion by Mr. JUSTICE SIMKINS.

Howarth Law Offices, of Springfield, (David N. Howarth, of counsel,) for appellant.

No appearance for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. WILLIAM F. DUNHAM, Defendant-Appellant.

(No. 11768; )

Fourth District—August 13, 1973.